UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID SCOTT HASTINGS,

    Plaintiff,

v.                              Case No: 2:18-cv-113-FtM-29CM

JUSTIN DODD, HOLLY COOPER,
SONYA WALKER and PATRICK
ANLAUF,

    Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion to Rule on Application to Proceed In[]Forma Pauperis filed on October 18, 2018. Doc. 10. Plaintiff requests that the Court rule on his Affidavit of Indigency, construed as a Motion to Proceed *In Forma Pauperis*, filed on February 20, 2018. *Id.* at 1-2; *See* Doc. 2. The Court ruled on Plaintiff's Motion to Proceed *In Forma Pauperis* on October 9, 2018, denying the motion without prejudice and directing Plaintiff to file an amended Affidavit of Indigency and an amended complaint on or before November 19, 2018 in accordance with the directives in the Court's Order. Doc. 8. The Court entered an Amended Order on October 18, 2018, directing that Plaintiff is not required to re-submit his prisoner consent form and financial certificate or the print-out of the transactions in his prisoner's account, but is still required to submit an amended Affidavit of Indigency and an amended complaint on or before November 19, 2018. Doc. 9.

ACCORDINGLY, it is

**ORDERED:**

Plaintiff's Motion to Rule on Application to Proceed In[]Forma Pauperis (Doc. 10) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 23rd day of October, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Plaintiff